IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUDY L. BAKER, | CASE NO. 1:15-CV-00910 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE KENNETH S. McHARGH |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| | **JUDGMENT ENTRY** |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion & Order filed August 3, 2016, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED**.

s/ *Kenneth S. McHargh*
Kenneth S. McHargh
U.S. Magistrate Judge

Date: August 3, 2016